STATE OF NEW JERSEY v. CHARLES E. RATLIFF.

September 7, 1983.

Petition for certification denied.

ROOSEVELT YOUNG v. WESTERN ELECTRIC COMPANY, INC.

October 4, 1983.

Petition for certification granted.   (189 N.J.Super. 1)

VIKINGS, INC. v. TOWNSHIP OF OLD BRIDGE,
MIDDLESEX COUNTY.

October 4, 1983.

Petition for certification denied.